United States Court of Appeals
Fifth Circuit

**F I L E D**

April 20, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-41474
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR ACUNA-CARBAJAL,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:04-CR-276-ALL
---------------------

Before SMITH, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:[*]

Victor Acuna-Carbajal appeals his conviction and sentence
for possession with intent to distribute over 100 kilograms of
marijuana. Acuna-Carbajal contends that 21 U.S.C. § 841 is
facially unconstitutional in light of <u>Apprendi v. New Jersey</u>, 530
U.S. 466 (2000). As Acuna-Carbajal concedes, his argument is
foreclosed by circuit precedent. <u>See</u> <u>United States v. Slaughter</u>,
238 F.3d 580, 582 (5th Cir. 2000). He raises the issue only to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

preserve it for Supreme Court review.  The district court's

judgment is AFFIRMED.